IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JUSTIN WALKER,
Petitioner,

v.  Civil No. 3:21cv683(DJN)

HAROLD CLARKE,
Respondent.

**MEMORANDUM OPINION**

Petitioner Justin Walker, a Virginia prisoner proceeding pro se, submitted a 28 U.S.C. § 2254 petition on October 27, 2021. (ECF No. 1.) By Memorandum Order entered on November 10, 2021, the Court informed Petitioner that in the United States District Court for the Eastern District of Virginia, all *pro se* petitions for writs of habeas corpora must be filed on a set of standardized forms pursuant to E.D. Va. Loc. Civ. R. 83.4(A). (ECF No. 3.)

Although Petitioner utilized the standardized form, he failed to include any facts on the form as required. The Court mailed Petitioner the standardized form for filing a § 2254 petition and directed him to complete and return the form to the Court within eleven (11) days of the date of entry hereof. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

More than eleven (11) days have elapsed since the entry of the November 10, 2021 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                   /s/
                                     David J. Novak
                                     United States District Judge

Richmond, Virginia
Dated: January 26, 2022